UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN MATZURA, *on behalf of himself and all other persons similarly situated*,

                      Plaintiff,

-v-

IK MULTIMEDIA US, LLC,

                      Defendant.

23-CV-3432 (JPO) (BCM)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five days.

All filing deadlines and conference dates are adjourned *sine die*.

The Clerk of Court is directed to close the motion at ECF No. 14.

SO ORDERED.

Dated: August 3, 2023
      New York, New York

_____
J. PAUL OETKEN
United States District Judge